United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCIS RYAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case No. 5:18-cv-01390-EJD<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| ARTHUR BELTON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE,<br><br>    Defendant. | Case No. 5:18-cv-01393-EJD |

Pursuant to Civil Local Rule 3-12(c), the above-entitled actions are referred to the Honorable James Donato for a determination as to whether this case is related to <u>Barnett v. City of San Jose</u>, Case No. 3:18-cv-01383-JD, a case currently pending before Judge Donato.

**IT IS SO ORDERED.**

Dated: June 1, 2018

*[signature]*

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-01390-EJD
SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP
1