UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIK WESTCOTT, et al.,

        Plaintiffs,

   v.

CITY OF SAN JOSE,

        Defendant.

Case No. 3:18-cv-01406-WHO

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

     Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable James Donato for a determination as to whether this case is related to *Barnett v. City of San Jose*, Case No. 3:18-cv-01383-JD, a case currently pending before Judge Donato.

     **IT IS SO ORDERED.**

Dated: June 5, 2018

_____
William H. Orrick
United States District Judge