UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARNETT, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF SAN JOSE,<br><br>　　　　　Defendant. | Case No. 18-cv-01383-JD<br><br>**ORDER TO SHOW CAUSE** |

The Court directed the parties to file proposed findings of fact and conclusions of law by June 21, 2024. A full week has passed, and neither party has complied with the Court's order or otherwise communicated with the Court. Plaintiffs are ordered to show cause in writing by July 3, 2024, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 28, 2024

JAMES DONATO
United States District Judge